IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>GREG DARLING,   )<br>   )<br>Defendant.   ) | Case No. 8:04CR535<br><br>ORDER |

The defendant's Motion to Review Order of Detention [#40] is denied. After being contacted by Pretrial Services pursuant to the Court's April 7, 2005 Order [#41], the proposed third-party custodian has informed the court that she respectfully declines to act as the defendant's third-party custodian.

**IT IS ORDERED:**

1. The defendant's Motion to Review Order of Detention [#40] is denied without hearing.

Dated this 19th day of April 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge