IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:04CR535 |
| GREG M. DARLING, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's Motion to Review Order of Detention [52]. Pretrial Services is ordered to investigate the proposed release plan and provide a report to the court and counsel by May 27, 2005.

IT IS SO ORDERED.

DATED this 10th day of May, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge